**Edward Wisniewski, Plaintiff-Appellee, v. Delbert W. Johnson, Defendant-Appellant.**

Gen. No. 67–3. 

Third District.

July 8, 1968.

John A. Murchison, of Joliet, for appellant; Krusemark & Bertani, of Joliet, for appellee. Opinion by PRESIDING JUSTICE ALLOY. Not to be published in full.